1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| UNITED STATES OF AMERICA for the Use and Benefit of PENN AIR CONTROL, Inc., <br><br>Plaintiff, <br><br>v. <br><br>BILBRO CONSTRUCTION COMPANY, INC., and INTERNATIONAL FIDELITY INSURANCE COMPANY, <br><br>Defendants. | CASE NO.: 5:15-cv-03327-NC <br><br>**MODIFIED ORDER GRANTING COUNTERCLAIM DEFENDANT ALPHA MECHANICAL, INC.'S APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br>Judge: Hon. Nathanael Cousins <br>Courtroom:  7 |
|---|---|
| BILBRO CONSTRUCTION COMPANY, INC., <br><br>Counterclaim Plaintiff, <br><br>v. <br><br>PENN AIR CONTROL, INC.; and ALPHA MECHANICAL, INC., <br><br>Counterclaim Defendants. | Trial Date:   None Set |

1  GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT the January
2  20, 2016 Case Management Conference shall be and hereby is continued to January
3  27, 2016, 2016 at 1:00 p.m. in Courtroom 7. Joint case management statement is due
4  January 20, 2016.

5  IT IS SO ORDERED.

8  DATED: December 23, 2015 _



HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE COURT JUDGE

P:01008368:74055.003